AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

### JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **[03] WILSON MONTALVO-ORTIZ a/k/a "Willie Barber"** | ) Case No:   00-CR-153-02 (SEC) |
| | ) USM No:   13044-069 |
| Date of Previous Judgment: September 5, 2002 | ) Melanie Carrillo, AFPD |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant   ❏ the Director of the Bureau of Prisons   ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ❏ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   220   months **is reduced to**   168 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | | | |
|---|---|---|---|---|---|---|
| Previous Offense Level: | 37 | | Amended Offense Level: | 35 | | |
| Criminal History Category: | I | | Criminal History Category: | I | | |
| Previous Guideline Range: | 210 | to 262 months | Amended Guideline Range: | 168 | to 210 | months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X   The reduced sentence is within the amended guideline range.
❏   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏   Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   9/5/2002   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   February 10, 2010                    S/ SALVADOR E. CASELLAS
                                                                *Judge's signature*

Effective Date:   February 10, 2010                SALVADOR E. CASELLAS, U.S. DISTRICT JUDGE
       *(if different from order date)*                         *Printed name and title*